AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Sara Cartee | ) | |
| _Plaintiff(s)_ | ) ) ) | |
| v. | ) ) | Civil Action No. **4:24-cv-50** |
| BBK Business, LLC et al | ) ) ) | |
| _Defendant(s)_ | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant BBK Business, LLC
C/O Bijaya Bhusal
237 Manchester Dr., Apt. 182
Euless Texas 76039-6125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas B. Welmaker
> Welmaker Law PLLC
> 409 N. Fredonia, Suite 118
> Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: __2/27/2024__   ___David A. O'Toole___
_Signature of Clerk or Deputy Clerk_

Came to hand on 02-28-2024 @ 10:13 A.M.

NON-SERVICE
RETURN
ATTACHED

DRLS
516 West Annie St.
Austin, Texas 78704
3660

UNITED STATES DISTRICT COURT
for the Western District of Texas

| | | | |
|---|---|---|---|
| SARA CARTEE, | Plaintiff | § | Civil Action No. 4:24-cv-50 |
| vs. | | § | |
| BBK BUSINESS, LLC, et al, | Defendants | § | **ATTEMPTED SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am over eighteen (18) years of age and not a party to or interested in the outcome of this case. I am authorized by Rule 103(2) & (3) of the Texas Rules of Civil Procedure to serve process issued by the Texas Civil Courts and am certified under order of the Texas Supreme Court, Certification No. PSC1660, Exp. 11/30/2025. I am personally acquainted with the facts stated herein and they are true and correct.

Came to hand on February 28, 2024, at 10:13 a.m. Summons in a Civil Action and Plaintiff's Original Complaint for service on Defendant BBK Business, LLC.

According to the Texas Secretary of State, the registered agent for Defendant BBK Business, LLC is Bijaya Bhusal and the registered office street address is 237 Manchester Dr., Apt. 182, Euless, Texas 76039.

**NOT EXECUTED** on Defendant BBK Business, LLC for the following reasons:

On February 28, 2024, I attempted service on Defendant's registered agent at the registered office street address via U.S.P.S. certified mail, with return receipt requested.

On or about March 22, 2024, the parcel returned to me marked, 'Return to Sender, Not Deliverable as Addressed, Unable to Forward.' No forwarding address correction was indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Attempted Service Affidavit and Statement of Service Fees is true and correct."

Printed Name:  Tod E. Pendergrass

Service Fee  $ 91.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Tx 78704
Re: Welmaker/2796

STATE OF TEXAS, COUNTY OF TRAVIS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on March 25, 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant to FRCP 4(l)(1)]