AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Sara Cartee<br><br>*Plaintiff(s)*<br>v.<br><br>BBK Business, LLC et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)   Civil Action No. **4:24-cv-50-SDJ**<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Defendant BBK Business, LLC
C/O Texas Secretary of State
James E. Rudder Building
1019 Brazos, Room 105
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas B. Welmaker
> Welmaker Law PLLC
> 409 N. Fredonia, Suite 118
> Longview, Texas 75601

**RETURN ATTACHED**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Came to hand on 04-29-2024
@ 9:02 A.M.

Date: 4/25/2024



CLERK OF COURT

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

DRLS - 3912
516 West Annie St.
Austin, Texas 78704

UNITED STATES DISTRICT COURT
for the Eastern District of Texas

| | | | |
|---|---|---|---|
| Sara Cartee, | Plaintiff | § | Civil Action No. 4:24-cv-50-SDJ |
| vs. | | § | |
| BBK Business, LLC, et al, | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am not less than eighteen (18) years of age and not a party to or interested in the outcome of the above styled and numbered suit. I am authorized to serve citations and other notices, writs, orders, and other papers issued by the court by Rule 103(2) & (3) of the Texas Rules of Civil Procedure. I am certified under order of the Texas Supreme Court; Certification No. PSC1660, Exp. 11/30/2025. I am personally acquainted with the facts stated herein and declare under penalty of perjury they are true and correct.

Came to hand on April 29, 2024, at 9:02 a.m., Summons in a Civil Action, with Plaintiff's Original Complaint, and $55.00 fee payable to the Texas Secretary of State attached, for service on <u>Defendant BBK Business, LLC</u>.

<u>Executed on April 29, 2024, at 2:25 p.m.</u>, at 1019 Brazos Street, Austin, Texas 78701, by delivering to the Texas Secretary of State, by delivering two true and correct copies of the Summons and Complaint and $55.00 fee in person to Minerva Barnhart, agent authorized to accept service of process on behalf of the Texas Secretary of State.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:  Tod E. Pendergrass

Signature  Re: Welmaker/3912
DRLS
516 W. Annie Street
Austin, TX 78704

Service Fee: $ <u>90.00</u>

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on April 29, 2024.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

NOTARY PUBLIC in and for
The State of T E X A S

(This Return Affidavit is made pursuant to FRCP 4(l)(1))