UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SARAH CARTEE | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-50-SDJ |
| | § | |
| BBK BUSINESS, LLC, ET AL. | § | |
| | § | |

## ORDER

Plaintiff Sarah Cartee filed her Complaint on January 19, 2024. (Dkt. #1). Defendant BBK Business, LLC was served on April 29, 2024, making its answer due May 20, 2024. (Dkt. #5, #6). To date, BBK Business, LLC has not answered or otherwise filed a responsive pleading. Cartee also has not requested a clerk's entry of default against BBK Business, LLC. It is therefore **ORDERED** that Cartee shall request a clerk's entry of default on or before **August 7, 2024**, or risk dismissal for want of prosecution as to Defendant BBK Business, LLC.

**So ORDERED and SIGNED this 25th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE