IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SARAH CARTEE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 4:24-cv-50-SDJ |
| | § |
| BBK BUSINESS, LLC, BIJAYA BHUSAL | § |
| AND DIRGA KANDEL, INDIVIDUALLY, | § |
| | § |
| Defendants. | § |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

    Plaintiff Sara Cartee hereby notifies the Court that the Parties have agreed to the terms of a settlement, and that Plaintiff will be seeking to have this Court administratively close this case while also retaining limited jurisdiction to enforce the terms of the settlement, with said Motion to be filed on or before August 30, 2024.

    Respectfully Submitted,

**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048

By: */s/ Douglas B. Welmaker*
      Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I certify that on August 28, 2024 I electronically submitted this document for filing using the Court's CM/ECF system.  I also certify that I will email a copy of this document to counsel for Defendants.

                                              */s/ Douglas B. Welmaker*
                                              Douglas B. Welmaker