UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SARAH CARTEE | § |
| | § |
| v. | § CIVIL NO. 4:24-CV-50-SDJ |
| | § |
| BBK BUSINESS, LLC, ET AL. | § |

## **ORDER**

The Court has received Plaintiff's Notice of Settlement, (Dkt. #9), advising that all claims in this case have been settled.

It is therefore **ORDERED** that, on or before **September 12, 2024**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

If dismissal documents have not been filed with the Court by the scheduled deadline, the parties must file a report with the Court, by no later than **September 19, 2024**, on the status of settlement.

**So ORDERED and SIGNED this 30th day of August, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE