IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SARAH CARTEE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 4:24-cv-50-SDJ |
| | § |
| BBK BUSINESS, LLC, BIJAYA BHUSAL | § |
| AND DIRGA KANDEL, INDIVIDUALLY, | § |
| | § |
| Defendants. | § |

**ORDER OF DISMISSAL WITH PREJUDICE
SUBJECT TO COURT'S RETENTION OF LIMITED JURISDICTION**

On this date came on to be considered Plaintiff's Motion Requesting Dismissal With Prejudice Contingent Upon the Court's Retention of Limited Continuing Jurisdiction.  This Motion asks the Court to dismiss this cause with prejudice pursuant to the parties' settlement of all claims therein, and makes such request for dismissal contingent upon the Court's retention of ancillary jurisdiction through March 1, 2025 so as to permit this Court's assistance in the event the settlement agreement is not paid out as the parties anticipate.

After considering the motion and the papers on file with the Court, the Court finds that the Motion should be GRANTED.

The above-styled and numbered cause, including all claims therein, is administratively closed and dismissed with prejudice to its refiling   Without affecting the finality of this dismissal, the Court shall retain ancillary jurisdiction over this cause through March 1, 2025 in order to permit its enforcement of the parties' settlement agreement if needed.  The parties shall each bear their own costs except as may be provided in their settlement agreement.