IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SARAH CARTEE, | § § |
| v. | § § CIVIL NO. 4:24-CV-50-SDJ |
| BBK BUSINESS, LLC, ET AL. | § § § |

**ORDER**

Before the Court is Plaintiff's Motion Requesting Dismissal with Prejudice Contingent Upon the Court's Retention of Limited Continuing Jurisdiction. (Dkt. #11). The motion requests the Court dismiss this cause with prejudice pursuant to the parties' settlement of all claims therein, and makes the request for dismissal contingent upon the Court's retention of ancillary jurisdiction through March 1, 2025, so as to permit this Court's assistance in the event the settlement agreement is not paid out as the parties anticipate.

After considering the motion, the Court finds it should be **GRANTED**.

The above-styled and numbered cause, including all claims therein, is **DISMISSED with prejudice.** Without affecting the finality of this dismissal, the Court shall retain jurisdiction over this cause through March 1, 2025, in order to permit its enforcement of the parties' settlement agreement if needed. The parties shall each bear their own costs except as may be provided in their settlement agreement.

**So ORDERED and SIGNED this 2nd day of October, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE