IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SARAH CARTEE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:24-cv-50-SDJ |
| § | |
| BBK BUSINESS, LLC, BIJAYA BHUSAL § | |
| AND DIRGA KANDEL, INDIVIDUALLY, § | |
| § | |
| Defendants. § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Sara Cartee ("Plaintiff") files this Notice of Dismissal With Prejudice regarding Plaintiff's claims against Defendants BBK Business, LLC, Bijaya Bhusal and Dirga Kandel, ("Defendants") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendants have not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal with Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Sara Cartee hereby gives her Notice of Dismissal with Prejudice.

Respectfully Submitted,

**WELMAKER LAW, PLLC**
409 N. Fredonia, Suite 118
Longview, Texas 75601
Tel: (512) 499-2048

By: */s/ Douglas B. Welmaker*
      Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I certify that on this the 8th day of April 2025 I electronically submitted this document for filing using the Court's CM/ECF system and will forward a true and correct copy of this document on counsel of record.

                                                  */s/ Douglas B. Welmaker*
                                                  Douglas B. Welmaker