**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **SARAH CARTEE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **Case No. 4:24-cv-50-SDJ** |
| § | |
| **BBK BUSINESS, LLC, BIJAYA BHUSAL** § | |
| **AND DIRGA KANDEL, INDIVIDUALLY,** § | |
| § | |
| **Defendants.** § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this date came on to be considered Plaintiff's Notice of Dismissal with Prejudice.

After considering the motion and the papers on file with the Court, the Court finds that the Motion should be GRANTED.

The above-styled and numbered cause, including all claims therein, is therefore dismissed with prejudice.